UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REGINA LEWIS,

                Plaintiff,

-against-

VALENTINA DITOMASSO; INDEPENDENT LIVING INC.; SAFE HARBORS OF THE HUDSON INDEPENDENT LIVING INC.; ORANGE COUNTY DEPARTMENT OF SOCIAL SERVICE,

                Defendants.

19-CV-10665 (CM)

CIVIL JUDGMENT

Pursuant to the order issued December 6, 2019, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice because Plaintiff can proceed in this Court only through a guardian *ad litem*.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: December 6, 2019
        New York, New York

_____
COLLEEN McMAHON
Chief United States District Judge